UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>  Plaintiff,<br><br>  v.<br><br>**North Tahoe Station (aka Transam), Inc., a California Corporation; and Does 1-10,**<br><br>  Defendants. | Case No.: 2:13-CV-02540-LKK-AC<br><br>**ORDER** |

Having read the Plaintiff's Application for Court Order Authorizing Service Of The Summons and Complaint on Defendant NORTH TAHOE STATION, INC, A California Corporation, By Delivery By Hand To The California Secretary of State, and the supporting documentation filed therewith, and finding good cause therefore,

The Court hereby authorizes Plaintiff, SCOTT JOHNSON, to serve the Summons and Complaint on Defendant NORTH TAHOE STATION, INC, A California Corporation, by delivering by hand a copy of the Summons and Complaint to the office of the California Secretary of State.

-1-

Application to Serve Secretary of State                Case No.: 2:13-CV-02540-LKK-AC

1
2
3  **IT IS SO ORDERED**
4
5
6
7  Dated: April 17, 2014.
8
      *(signature)*
      LAWRENCE K. KARLTON
      SENIOR JUDGE
9  Proposed by:
      UNITED STATES DISTRICT COURT
10
11 CENTER FOR DISABILITY ACCESS, LLP
   MARK D. POTTER, ESQ., SBN 166317
12 100 East San Marcos Blvd., Suite 400
   San Marcos, CA 92069-2988
13 (760) 480-4162
14 Fax (760) 480-4170
15
   Attorney for Plaintiff, SCOTT JOHNSON
16
17
18
19
20
21
22
23
24
25
26
27
28