UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH TAHOE STATION (AKA TRAMSAM), ET AL.,<br><br>    Defendants. | No. 2:13-cv-2540 TLN AC<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On October 20, 2014, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 20, 2014, are adopted in full;

2. Plaintiff's motion for default judgment on Plaintiff's ADA claim and Unruh Civil Rights Act claim is granted;

1

3. Plaintiff is awarded statutory damages in the amount of $4,000 and attorney's fees and costs in the amount of $1,720; and

4. Plaintiff is granted an injunction requiring Defendant to provide a van accessible disabled parking space and accessible restrooms in accordance with the ADA and the ADAAG.

Dated: December 3, 2014

_____
Troy L. Nunley
United States District Judge

2